UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-06394-KK-ADSx** | Date: | October 30, 2026 |
| Title: | ***Tomas Villalobos Cardoso v. Facility Administrator, Adelanto ICE Processing Center, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order GRANTING Petition for Writ of Habeas Corpus [Dkt. 1]**

On October 28, 2026, Petitioner filed a Petition for Writ of Habeas Corpus ("Petition"), seeking immediate release or, alternatively, an individualized bond hearing before an immigration judge. ECF Docket No. ("Dkt.") 1, Petition ("Pet."). The same day, Petitioner also filed an Application ("Application") for a Temporary Restraining Order ("TRO"). Dkt. 2, Application ("App."). Upon review of the Petition and Application, the Court found Petitioner was a member of the Bond Eligible Class certified in Maldonado Bautista v. Santacruz, No. EDCV 25-01873-SSS-BFMx, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), judgment entered sub nom., Maldonado Bautista v. Noem, No. EDCV 25-01873-SSS-BFMx, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025) ("Bautista") and is therefore "entitled to a bond hearing consistent with the Court's final judgment in Bautista." Dkt. 6, Order at 1. Accordingly, the Court ordered Respondents to submit a Response "addressing whether Respondents object to Petitioner's membership in the Bond Eligible Class." Id.

On October 29, 2026, Respondents filed their Response. Dkt. 8, Response. Respondents do not contest Petitioner's membership in the Bond Eligible Class in Bautista. Id.

///
///
///
///
///

Accordingly, consistent with the Final Judgment in Bautista, Petitioner is entitled to an individualized bond hearing. See Bautista, 2025 WL 3678485 at *1. The Petition is therefore **GRANTED,** and the Court **ORDERS** the following:

- Respondents are permanently **ENJOINED** from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order;
- Respondents are to provide the Immigration Judge conducting the individualized bond hearing with a copy of this Order; and
- The parties shall submit a Joint Status Report no later than eight (8) days from the date of this Order as to whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with this Order.

Failure to comply with this Order will result in sanctions.

**IT IS SO ORDERED**. (JS-6)